IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,** | Case No. 2:21-cv-01869-JAM-CKD (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER TO VACATE REFERRAL TO POST-SCREENING ADR |
| v. | |
| **J. SANDHU, et al.,** | |
| Defendants. | |

Good cause having been shown, the Court vacates the order referring this case to post-screening ADR and imposing a stay. (ECF No. 12.) The Court also vacates the settlement conference currently set for July 20, 2022.

Dated: June 2, 2022

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE