UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SANDHU, et al.,<br><br>    Defendants. | No.  2:21-cv-01869-DAD-CKD P<br><br>ORDER AND AMENDED DISCOVERY AND SCHEDULING ORDER |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  A review of the docket indicates that the parties have filed multiple motions for an extension of time of the deadlines governing this case based upon plaintiff's multiple prison transfers.  ECF Nos. 29, 32, 34.  For good cause shown, the court will extend the deadlines in this case and will grant defendant's request for an extension of time to file a response to plaintiff's pending motion to compel in order to meet and confer with plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. The pending motions for an extension of time (ECF Nos. 29, 32, 34) are granted for good cause shown.

2. The discovery deadline is extended by 45 days from the date of this order which is December 9, 2022.  Any motions necessary to compel discovery shall be filed by that date.

1

3. All pretrial motions, except motions to compel discovery, shall be filed on or before March 9, 2023.

4. Defendant's request for a 41-day extension of time to respond to plaintiff's motion to compel (ECF No. 33) is granted.

5. The Clerk of Court shall send plaintiff a one-time courtesy copy of the docket sheet in this case pursuant to his request.

Dated: October 26, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/frat1861.eotx4.docx