IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN FRATUS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. SANDHU, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-01869-DAD-CKD P<br><br>**ORDER** |

Defendants A. Navarro and J. Sandhu have moved this Court to extend the time to file a dispositive motion by ninety days, up to and including June 7, 2023. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request to extend time is **GRANTED.** Defendants will have up to and including June 7, 2023 to file a dispositive motion.

　　**IT IS SO ORDERED.**

Dated: March 20, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE